ORIGINAL

CHAD A. READLER
Acting Assistant Attorney General, Civil Division
MICHAEL D. GRANSTON
ANDY J. MAO
AMY L. LIKOFF
Attorneys, Civil Division
    United States Department of Justice
    P.O. Box 261
    Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 305-3173
    Facsimile: (202) 514-7361
    E-mail: Amy.L.Likoff@usdoj.gov

Attorneys for the
United States of America

FILED 2018 AUG 20 PM 3:19 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* [UNDER SEAL],<br><br>    Plaintiff[s],<br><br>    v.<br><br>[UNDER SEAL],<br><br>    Defendant[s]. | No. CV 17-8309-RGK(PLA)<br><br>UNITED STATES' AND STATE OF CALIFORNIA'S CONSENT TO RELATOR'S DISMISSAL OF ACTION AND REQUEST FOR UNSEALING OF CASE<br><br>[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]<br><br>[FILED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER TO DISMISS ACTION AND UNSEAL CASE] |

CHAD A. READLER
Acting Assistant Attorney General, Civil Division
MICHAEL D. GRANSTON
ANDY J. MAO
AMY L. LIKOFF
Attorneys, Civil Division
    United States Department of Justice
    P.O. Box 261
    Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 305-3173
    Facsimile: (202) 514-7361
    E-mail: Amy.L.Likoff@usdoj.gov

Attorneys for the
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* [UNDER SEAL],<br><br>    Plaintiff[s],<br><br>    v.<br><br>[UNDER SEAL],<br><br>    Defendant[s]. | No. CV 17-8309-RGK(PLA)<br><br>UNITED STATES' AND STATE OF CALIFORNIA'S CONSENT TO RELATOR'S DISMISSAL OF ACTION AND REQUEST FOR UNSEALING OF CASE<br><br>[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]<br><br>[FILED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER TO DISMISS ACTION AND UNSEAL CASE] |

```
 1  CHAD A. READLER
    Acting Assistant Attorney General, Civil Division
 2  MICHAEL D. GRANSTON
    ANDY J. MAO
 3  AMY L. LIKOFF
    Attorneys, Civil Division
 4        United States Department of Justice
          P.O. Box 261
 5        Ben Franklin Station
          Washington, D.C. 20044
 6        Telephone: (202) 305-3173
          Facsimile: (202) 514-7361
 7        E-mail: Amy.L.Likoff@usdoj.gov
 8  Attorneys for the
    United States of America
 9
```

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF CALIFORNIA, *ex rel.* INTEGRA MED ANALYTICS LLC,<br><br>Plaintiff,<br><br>v.<br><br>LONGWOOD MANAGEMENT CORP.; ABILITY HOMECARE, INC; ALDEN ENTERPRISES, INC.; ARTESIA HEALTHCARE, INC.; BEAUMONT MANOR, LLC; BROADWAY MANOR CARE CENTER, INC.; BURBANK HEALTHCARE, INC.; BURLINGTON CONVALESCENT HOSPITAL, INC.; CASA BONITA CONVALESCENT HOSPITAL, INC.; CHINO VALLEY REHABILITATION CENTER, LLC; COLDWATER CARE CENTER, INC.; COLONIAL CARE CENTER, INC.; COVINA CARE CENTER, INC.; CRENSHAW ENTERPRISES, INC.; ICC CONVALESCENT HOSPITAL, INC.; IMPERIAL CREST HEALTHCARE CENTER, LLC; LAUREALWELLNESS AND NURSING CENTER, LLC; LONGWOOD ENTERPRISES, INC.; MAGNOLIA GARDENS | No. CV 17-8309-RGK(PLA)<br><br>UNITED STATES' AND STATE OF CALIFORNIA'S CONSENT TO RELATOR'S DISMISSAL OF ACTION AND REQUEST FOR UNSEALING OF CASE<br><br>[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]<br><br>[FILED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER TO DISMISS ACTION AND UNSEAL CASE] |

1 | CONVALESCENT HOSPITAL INC.;
MONTROSE HEALTHCARE, INC.;
2 | NORMANDIE WILSHIRE
REITREMENT HOTEL, INC.;
3 | NORTHRIDGE CARE CENTER, INC.;
NORWALK HEALTHCARE INC.;
4 | PARK ANAHEIM HEALTH CARE
LLC; PICO RIVERA HEALTHCARE,
5 | INC.; SAN GABRIEL
CONVALESCENT CENTER, INC.;
6 | SGV HEALTHCARE INC.; SHEA
HEALTHCARE CENTER, INC.;
7 | STUDIO CITY CONVALESCENT
HOSPITAL; SUNNYVIEW
8 | CONVALESCENT HOSPITAL, INC.;
TZIPPY CARE INC.; VIEW PARK
9 | CONVALESCENT HOSPITAL, INC.

1     In the interests of justice, the United States of America ("United States") and the Attorney General of the State of California, through their respective attorneys of record, hereby consent to the dismissal of this action without prejudice as to the United States and the State of California.

    The United States and the State of California, through their respective attorneys of record, further request that the Court unseal the following documents filed or lodged to date with the Court in this action:

    1. The Relator's Amended Complaint;

    2. The Relator's Request for Dismissal of Action; United States' and the State of California's Consent and Request for Unsealing the Case; and the accompanying proposed Order.

    The United States and the State of California further request that all other papers filed or lodged to date in this action should remain permanently under seal because such papers were provided by law to the Court alone for the sole purpose of discussing the content and extent of the United States' and the State of California's investigation, and, thereby, evaluating whether the seal and time for making an election to intervene should be extended.

    A proposed order is lodged concurrently herewith.

                             Respectfully submitted,

Dated: August 15, 2018

CHAD A. READLER
Acting Assistant Attorney General, Civil Division
MICHAEL D. GRANSTON
ANDY J. MAO
AMY L. LIKOFF

__/s/ Amy L. Likoff__
AMY L. LIKOFF
Trial Attorney, Civil Division

Attorneys for the
United States of America

Dated: August 15, 2018

XAVIER BECERRA
Attorney General of California
BRIAN FRANKEL
Supervising Deputy Attorney General

__/s/ Carlotta R. Hivoral__
CARLOTTA HIVORAL
Deputy Attorney General

Attorneys for the People of the State of California

# PROOF OF SERVICE BY U.S. MAIL

I am over the age of 18 and not a party to the above-captioned action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On August 20 2018, I served the UNITED STATES' AND STATE OF CALIFORNIA'S CONSENT TO RELATOR'S DISMISSAL OF ACTION AND REQUEST FOR UNSEALING OF CASE; PROPOSED ORDER on each person or entity named below by U.S. mail.

Date of mailing: August 20 2018.  Place of mailing: Los Angeles, California.

Person(s) and/or Entity(s) to whom mailed:

| | |
|---|---|
| P. JASON COLLINS<br>JEREMY H. WELLS<br>REID, COLLINS, TSAI LLP<br>1301 S. Capital of Texas Hwy<br>Building C, Suite 300<br>Austin, Texas 78746<br><br>JASON H. TOKORO<br>MILLER BARONDESS, LLP<br>1999 Avenue of the Stars, Suite 1000<br>Los Angeles, California 90067<br><br>Attorneys for the Relator | CARLOTTA HIVORAL<br>Deputy Attorney General<br>Office of the Attorney General<br>California Department of Justice<br>1455 Frazee Road, Suite 315<br>San Diego, CA 92108-4304 |

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 20, 2018, at Los Angeles, California.

_____
ROZ DAVIS