CHAD A. READLER
Acting Assistant Attorney General, Civil Division
MICHAEL D. GRANSTON
ANDY J. MAO
AMY L. LIKOFF
Attorneys, Civil Division
    United States Department of Justice
    P.O. Box 261
    Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 305-3173
    Facsimile: (202) 514-7361
    E-mail: Amy.L.Likoff@usdoj.gov

Attorneys for the
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA *ex rel.* [UNDER SEAL], | No. CV 17-8309-RGK(PLA) |
|---|---|
| Plaintiff[s], | [~~PROPOSED~~] ORDER TO DISMISS ACTION AND TO UNSEAL CASE |
| v. | [FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)] |
| [UNDER SEAL], | |
| Defendant[s]. | [FILED CONCURRENTLY UNDER SEAL: UNITED STATES' AND STATE OF CALIFORNIA'S CONSENT TO RELATOR'S DISMISSAL OF ACTION AND REQUEST FOR UNSEALING OF CASE] |

**ORIGINAL**

FILED
CLERK, U.S. DISTRICT COURT
AUG 22 2018
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

2018 AUG 20 PM 3:20

LODGED

1  CHAD A. READLER
   Acting Assistant Attorney General, Civil Division
2  MICHAEL D. GRANSTON
   ANDY J. MAO
3  AMY L. LIKOFF
   Attorneys, Civil Division
4       United States Department of Justice
        P.O. Box 261
5       Ben Franklin Station
        Washington, D.C. 20044
6       Telephone: (202) 305-3173
        Facsimile: (202) 514-7361
7       E-mail: Amy.L.Likoff@usdoj.gov

8  Attorneys for the
   United States of America
9

10              UNITED STATES DISTRICT COURT

11          FOR THE CENTRAL DISTRICT OF CALIFORNIA

12                    WESTERN DIVISION

13 | UNITED STATES OF AMERICA *ex rel.* [UNDER SEAL], | No. CV 17-8309-RGK(PLA)
14 | Plaintiff[s], | [PROPOSED] ORDER TO DISMISS ACTION AND TO UNSEAL CASE
15 | v. | [FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]
16 | [UNDER SEAL], |
17 | Defendant[s]. | [FILED CONCURRENTLY UNDER SEAL: UNITED STATES' AND STATE OF CALIFORNIA'S CONSENT TO RELATOR'S DISMISSAL OF ACTION AND REQUEST FOR UNSEALING OF CASE]

1 | CHAD A. READLER
  | Acting Assistant Attorney General, Civil Division
2 | MICHAEL D. GRANSTON
  | ANDY J. MAO
3 | AMY L. LIKOFF
  | Attorneys, Civil Division
4 |     United States Department of Justice
  |     P.O. Box 261
5 |     Ben Franklin Station
  |     Washington, D.C. 20044
6 |     Telephone: (202) 305-3173
  |     Facsimile: (202) 514-7361
7 |     E-mail: Amy.L.Likoff@usdoj.gov

8 | Attorneys for the
  | United States of America
9 |

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF CALIFORNIA, *ex rel.* INTEGRA MED ANALYTICS LLC,<br><br>    Plaintiff,<br><br>v.<br><br>LONGWOOD MANAGEMENT CORP.; ABILITY HOMECARE, INC; ALDEN ENTERPRISES, INC.; ARTESIA HEALTHCARE, INC.; BEAUMONT MANOR, LLC; BROADWAY MANOR CARE CENTER, INC.; BURBANK HEALTHCARE, INC.; BURLINGTON CONVALESCENT HOSPITAL, INC.; CASA BONITA CONVALESCENT HOSPITAL, INC.; CHINO VALLEY REHABILITATION CENTER, LLC; COLDWATER CARE CENTER, INC.; COLONIAL CARE CENTER, INC.; COVINA CARE CENTER, INC.; CRENSHAW ENTERPRISES, INC.; ICC CONVALESCENT HOSPITAL, INC.; IMPERIAL CREST HEALTHCARE CENTER, LLC; LAUREAL WELLNESS AND NURSING CENTER, LLC; LONGWOOD ENTERPRISES, INC.; MAGNOLIA GARDENS | No. CV 17-8309-RGK(PLA)<br><br>[PROPOSED] ORDER TO DISMISS ACTION AND TO UNSEAL CASE<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**<br><br>[FILED CONCURRENTLY UNDER SEAL: UNITED STATES' AND STATE OF CALIFORNIA'S CONSENT TO RELATOR'S DISMISSAL OF ACTION AND REQUEST FOR UNSEALING OF CASE] |

| | |
|---|---|
| 1 | CONVALESCENT HOSPITAL INC.; MONTROSE HEALTHCARE, INC.; |
| 2 | NORMANDIE WILSHIRE REITREMENT HOTEL, INC.; |
| 3 | NORTHRIDGE CARE CENTER, INC.; NORWALK HEALTHCARE INC.; |
| 4 | PARK ANAHEIM HEALTH CARE LLC; PICO RIVERA HEALTHCARE, |
| 5 | INC.; SAN GABRIEL CONVALESCENT CENTER, INC.; |
| 6 | SGV HEALTHCARE INC.; SHEA HEALTHCARE CENTER, INC.; |
| 7 | STUDIO CITY CONVALESCENT HOSPITAL; SUNNYVIEW |
| 8 | CONVALESCENT HOSPITAL, INC.; TZIPPY CARE INC.; VIEW PARK |
| 9 | CONVALESCENT HOSPITAL, INC. |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

*Qui tam* plaintiff Integra Med Analytics, LLC (the "Relator") having requested, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that the above-captioned action ("this action") be dismissed without prejudice; the United States of America ("United States") and the State of California having consented, in the interests of justice, to such dismissal without prejudice, the Court now orders as follows:

IT IS HEREBY ORDERED that:

1. This action is dismissed without prejudice.

2. The seal is lifted from this action in all respects, except as specified in Paragraph 4 below.

3. Of the documents filed and lodged to date in this action, the following documents only shall be unsealed:

   a. The Relator's Amended Complaint;
   b. The Relator's Request for Dismissal of Action; United States' and State of California's Consent and Request for Unsealing the Case; and
   c. This Order.

4. All other contents of the Court's file in this action, filed and lodged to date, shall remain permanently under seal and shall not be made public or served upon any defendant or other party or person.

Dated: August 22, 2018

_____
UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE BY U.S. MAIL

I am over the age of 18 and not a party to the above-captioned action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On August 20, 2018, I served the UNITED STATES' AND STATE OF CALIFORNIA'S CONSENT TO RELATOR'S DISMISSAL OF ACTION AND REQUEST FOR UNSEALING OF CASE; PROPOSED ORDER on each person or entity named below by U.S. mail.

Date of mailing: August 20, 2018. Place of mailing: Los Angeles, California.

Person(s) and/or Entity(s) to whom mailed:

| | |
|---|---|
| P. JASON COLLINS<br>JEREMY H. WELLS<br>REID, COLLINS, TSAI LLP<br>1301 S. Capital of Texas Hwy<br>Building C, Suite 300<br>Austin, Texas 78746<br><br>JASON H. TOKORO<br>MILLER BARONDESS, LLP<br>1999 Avenue of the Stars, Suite 1000<br>Los Angeles, California 90067<br><br>Attorneys for the Relator | CARLOTTA HIVORAL<br>Deputy Attorney General<br>Office of the Attorney General<br>California Department of Justice<br>1455 Frazee Road, Suite 315<br>San Diego, California 92108-4304 |

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 20, 2018, at Los Angeles, California.

_____
ROZ DAVIS